UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**ALICE GILLE, as Administratrix of the Estate of Nicholas Papandreou; LOUIS GAROFOLO and PETER GAROFOLO, as Executors of the Estate of Louis A. Garofolo; LAURA G. BUNZEL and VALERIE J. CONNELLY, as Executrices of the Estate of Vincent J. Vallario; for themselves and on behalf of others similarly situated,**

      Plaintiffs,      JUDGMENT

v.              22-cv-2974 (NRM) (LGD)

**STONY BROOK UNIVERSITY, and LONG ISLAND STATE VETERANS HOME**
      Defendants.
-----------------------------------------------------------------X

  An Order of the Honorable Nina R. Morrison, United States District Judge, having been filed on May 27, 2025, adopting in part the Report and Recommendation of Magistrate Judge Lee G. Dunst, dated March 18, 2025, granting Defendants' motion to dismiss; dismissing the action with prejudice; it is

  ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and the action is dismissed with prejudice.


Dated: Brooklyn, New York      Brenna B. Mahoney
May 29, 2025          Clerk of Court

            By: */s/Christina Frunzi*
              Deputy Clerk